IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
**1:07mj38**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| WILLIAM FORD DIXON. | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned magistrate judge upon the government's Motion to Dismiss. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss is **ALLOWED,** and the above captioned action is **DISMISSED** without prejudice**.**

Signed: October 17, 2007

Dennis L. Howell
United States Magistrate Judge